**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04-CV-00329-TMR |
| | ) | |
| v. | ) | Judge Thomas M. Rose |
| | ) | |
| PC CONNECTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), and to the stipulation by and between Plaintiff NCR Corporation and Defendant PC Connection, Inc., as reflected by the signatures of their counsel below, IT IS HEREBY ORDERED that Civil Action No. 3:04 CV 0329 (TMR), and all claims and counterclaims in that action, be and hereby are DISMISSED IN THEIR ENTIRETY WITH PREJUDICE. Each party shall bear its own costs of suit and attorneys' fees.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

So Stipulated:

_/s/ John D. Luken_
John D. Luken (0013326)
Joshua A. Lorentz (0074136)
DINSMORE & SHOHL LLP
255 E. 5th Street, 1900 Chemed Center
Cincinnati, Ohio 45202
Telephone:  (513) 977-8200

Paul R. Gupta
Clifford R. Michel
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone:  (212) 506-2500

Attorneys for Plaintiff NCR Corporation

_/s/ Theodore R. Remaklus_ _(by J. Luken per e-mail authorization)_
Theodore R. Remaklus (0061557)
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, Ohio 45202
Telephone:  (513) 241-2324

Peter J. Brann
BRANN & ISAACSON
P.O. Box 3070
184 Main Street
Lewiston, ME 04243
Telephone:  (207) 786-3566

Attorneys for Defendant PC Connection, Inc.

1201094v1